# IN THE SUPREME COURT OF THE STATE OF NEVADA

ASHLEY HALL, II,
                    Appellant,
        vs.
MARIANA ELISA HALL, N/K/A
MARIANA ELISA JACQUART,
                    Respondent.

No. 73247

FILED

AUG 02 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order holding appellant in contempt and imposing attorney fees as a component of the contempt and from the order determining the amount of fees. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Appellant challenges an order entered after an evidentiary hearing on an order to show cause holding him in contempt for disregard of the stipulated divorce decree and imposing attorney fees in an amount to be determined and the subsequent order determining the amount of fees. No statute or court rule provides for an appeal from an order that solely concerns contempt. *See Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 649, 5 P.3d 569, 671 (2000) (recognizing that a contempt order entered in an ancillary proceeding is not appealable); *compare Vaile v. Vaile*, 133 Nev., Adv. Op. No. 30, 396 P.3d

791, 794 (2017); and *Lewis v. Lewis*, 132 Nev., Op. No. 46, 373 P.3d 878, 881 (2016) (considering challenges to contempt findings and sanctions in an order that modified child custody).

We conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Rena G. Hughes, District Judge, Family Court Division
       Ashley Hall, II
       Mariana Elisa Hall
       Eighth District Court Clerk